**FILED**
APR 0 2 2009
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Feliks Vishevnik, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. **09 0607** |
| v. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

In a lengthy, disjointed complaint, plaintiff, a resident of Alexandria, Virginia, sues the United States for a host of events that allegedly occurred between "November 1990 till 2009," Compl. at 2, mostly in New York and Virginia by state and local officials. Although plaintiff seeks to hold the United States responsible, he has not directly implicated the United States, its agencies or its employees in any wrongdoing and, thus, has failed to state a claim against the only named defendant. A separate Order of dismissal accompanies this Memorandum Opinion.

/s/
United States District Judge

Date: March 26, 2009